**Order issued October 21, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-13-01050-CR**

---

**AARON HELLNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

## O R D E R

Before Justices Bridges, Lang, and Evans

Based on the Court's opinion of this date, we **GRANT** the May 20, 2014 motion of Robert T. Baskett for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Robert T. Baskett as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Aaron Hellner, TDCJ No. 1872338, Hightower Unit, 902 FM 686, Dayton, Texas, 77535.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE